UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- X

JESSICA MILLER, *on behalf of herself and*
*all others similarly situated*

                              Plaintiff,

-against-

VIKING CLIENT SERVICES, LLC et al.,

                        Defendants.

-------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___2/23/2021___

21-cv-1186 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

      It has been reported to the Court that the parties in this case have reached a settlement agreement.  Accordingly, it is hereby:

      ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated:  February 23, 2021
        New York, New York

                              Vernon S. Broderick
                              United States District Judge